**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2714**

---

AZELLA COCHRAN, Executor of the Estate of
Willie Stratford,

                                    Plaintiff - Appellant,

        versus

CSX TRANSPORTATION, INCORPORATED; JAMES LEE
POOLE,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., District
Judge. (CA-93-2594-3-17BC)

---

Submitted: January 18, 1996        Decided: January 31, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Azella Cochran, Appellant Pro Se. William Parham Simpson, Steven
Todd Moon, Boyd Benjamin Nicholson, Jr., HAYNSWORTH, MARION, MCKAY
& GUERARD, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing her wrongful death action as barred by the applicable statute of limitations. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cochran v. CSX Transportation, Inc., No. CA-93-2594-3-17BC (D.S.C. Aug. 17, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED